# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 civ 10993  
STATE OF NEW YORK  UNITED STATES DISTRICT COURT

Purchased/Filed: December 4, 2007  
SOUTHERN DISTRICT

*Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*  Plaintiff

against

*Northern Bay Contractors, Inc.*  Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY  SS.:

\_\_\_\_\_Jessica Miller\_\_\_\_\_, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on \_\_\_December 13, 2007\_\_\_, at \_\_2:00 pm\_\_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1, and Complaint on

\_\_\_\_\_Northern Bay Contractors, Inc.\_\_\_\_\_, the Defendant in this action, by delivering to and leaving with \_\_\_\_\_Amy Lesch\_\_\_\_\_, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, \_\_2\_\_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of \_\_40\_\_ dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 23   Approx. Wt: 160   Approx. Ht: 5'9"  
Color of skin: White   Hair color: Blonde   Sex: F   Other:

Sworn to before me on this  
17th day of December, 2007

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice+Work Order # SP0710452

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179