

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,     )     Index No.: 07-CIV-10993 (KMK)
                                          )
                          Plaintiffs,     )     REQUEST FOR ENTRY OF
        -against-                         )     DEFAULT JUDGMENT
                                          )
NORTHERN BAY CONTRACTORS, INC.,           )
                                          )
                          Defendant.      )
                                          )

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Northern Bay Contractors, Inc. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant Northern Bay Contractors, Inc. in the sum of $11,347.88, which includes contributions, interest, liquidated damages, attorneys' fees, auditors' fees, court costs and disbursements.

Dated: Elmsford, New York
       January 14, 2008

                                          Dana L. Henke
                                          Dana L. Henke, Esq. (DLH3025)
                                          BARNES, IACCARINO, VIRGINIA,
                                          AMBINDER & SHEPHERD, PLLC
                                          Attorneys for Plaintiff
                                          258 Saw Mill River Road
                                          Elmsford, New York 10523
                                          (914) 592-1515

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```