UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND           Index No.: 07-CIV-10993 (KMK)
ANNUITY FUNDS,

                              Plaintiffs,                **VOLUNTARY NOTICE**
                                            **OF DISMISSAL**

-against-


NORTHERN BAY CONTRACTORS, INC.,

                              Defendant.
------------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.


Dated: February 19, 2008
        Elmsford, New York

                                                Dana L. Henke, Esq. (DLH3025)
                                                Attorney for Plaintiff
                                                258 Saw Mill River Road
                                                Elmsford, New York 10523
                                                (914) 592-1515

SO ORDERED

Honorable Kenneth M. Karas, U.S.D.J.

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____